IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

HEATHER SURA,

       Plaintiff,

    and

NETWORK HEALTH PLAN,

       Involuntary Plaintiff,

    v.

WALMART, INC.,
WALMART CLAIMS SERVICES, INC.,
WAL-MART STORES EAST I, LIMITED PARTNERSHIP,
(REGD NAME) WAL-MART STORES EAST, LP (PART NAME),
and WAL-MART REAL ESTATE BUSINESS TRUST,

       Defendants.

Case No. 26-cv-1359

---

## NOTICE OF REMOVAL

---

Defendants Walmart, Inc., Walmart Claims Services, Inc., Wal-Mart Stores East I, Limited Partnership (Regd Name) Wal-Mart Stores East, LP (Part Name), and Wal-Mart Real Estate Business Trust (collectively, "Walmart") hereby remove this action from the Circuit Court for Milwaukee County, Wisconsin to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1332, 1441, 1446 on the grounds that there is diversity of citizenship among the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs. In support of removal, Walmart states as follows:

### State Court File

1. Plaintiff Heather Sura initiated this action by filing a Complaint on July 6, 2026 in the Circuit Court for Racine County, Wisconsin, styled as *Heather Sura, et al. v. Walmart, Inc., et al.*, Case No. 2026-CV-000954 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a), a

complete copy of the file in the State Court Action, including all process, pleadings, and orders served upon Walmart, is attached as **Exhibit A**.

## Timeliness of Removal

2. Plaintiff served a copy of the Summons and Complaint filed in the State Court Action on Walmart on July 10, 2026. (*See* Ex. A., at 18-21 (Defendants' respective affidavits of service).) Because this Notice is being filed within 30 days of the date Walmart was served a copy of the initial pleading in the State Court Action, removal is timely pursuant to 28 U.S.C. § 1446(b), as computed under Fed. R. Civ. P. 6(a).

## Nature of Plaintiff's Claims

3. Plaintiff asserts causes of action for negligence and violation of Wisconsin's safe place statute (i.e., premises liability). Plaintiff alleges she was injured when she tripped and fell at a Walmart store in Mount Pleasant, Wisconsin. (*See generally*, Ex. A, Compl.)

## Diversity Jurisdiction

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

5. First, upon information and belief, the matter in controversy exceeds $75,000 exclusive of interest and costs. *See Webb v. Fin. Indus. Regul. Auth. Inc.*, 889 F.3d 853, 859 (7th Cir. 2018) (explaining that "a plausible and good faith estimate of the amount in controversy" establishes diversity jurisdiction).

6. Plaintiff's Complaint alleges bodily injuries, past pain and suffering, emotional distress, future pain and suffering, lost income, and loss of future earning capacity. (*See* Ex. A, Compl., ¶¶ 11-15.)

7. Moreover, Plaintiff claims receiving treatment for her alleged injuries for several years after the alleged incident in September 2023; indeed, Plaintiff claimed her treatment remained ongoing as recently as June 2026: over two and a half years after the date of the alleged incident. (*See* Exhibit B, Letter from Plaintiff's counsel to Walmart dated February 24, 2025; Exhibit C, Letter from Plaintiff's counsel to Walmart dated March 4, 2025; Exhibit D, Email from Plaintiff's counsel to Walmart dated June 12, 2026).

2

8.      Thus, there can be no question that Plaintiff claims damages in excess of $75,000.

9.      Second, there is complete diversity of citizen because Plaintiffs and Defendants are citizens of different States.

10.     Plaintiff Heather Sura is a citizen of Wisconsin because her principal residence is located at 513 Biscayne Avenue, Apartment 213, Racine, Wisconsin 53406. (*See* Ex. A, Compl., ¶ 1.) *Altom Transport, Inc. v. Westchester Fire Ins. Co.*, 823 F.3d 416, 420 (7th Cir. 2016) ("A natural person is a citizen of the state in which she is domiciled."); *Galva Foundry Co. v. Heiden*, 924 F.2d 729, 730 (7th Cir. 1991) (explaining that an individual is a citizen of the state she "considers [her] permanent home").

11.     Involuntary Plaintiff Network Health Plan is a citizen of Wisconsin because it is a health maintenance organization incorporated under the laws of Wisconsin and its principal place of business is located at 1570 Midway Place, Menasha, Wisconsin 54952. *See* 28 U.S.C. § 1332(c)(1) (stating that a corporation is a citizen of the state where it is incorporated and maintains its principal place of business); *Qin v. Deslongchamps*, 31 F.4th 576, 579 (7th Cir. 2022) (same).

12.     Defendant Walmart, Inc. is a citizen of Delaware and Arkansas because it is incorporated under the laws of Delaware and its principal place of business is located at 1 Customer Drive, Bentonville, Arkansas, 72716.

13.     Defendant Walmart Claims Services, Inc. is a citizen of Arkansas because it is incorporated under the laws of Arkansas and its principal place of business is located at 1 Customer Drive, Bentonville, Arkansas, 72716.

14.     Defendant Wal-Mart Stores East I, Limited Partnership[1] is a limited partnership formed under the laws of Delaware with its principal place of business located at 1 Customer Drive, Bentonville, Arkansas, 72716.

15.     "A limited partnership is a citizen of every state of which any partner, general or limited, is a citizen." *Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1073 (7th

---

[1] Plaintiff named this entity as a defendant by both its registered name, Wal-Mart Stores East I, Limited Partnership, and part name, Wal-Mart Stores East, LP, in the Complaint. (*See* Ex. A, Compl., ¶ 5.) Walmart refers to this entity by its registered name for the purpose of this statement.

3

Cir. 1992). The sole general partner of Wal-Mart Stores East I, Limited Partnership is WSE Management, LLC, and the sole limited partner of Wal-Mart Stores East I, Limited Partnership is WSE Investment, LLC.

16. "[T]he citizenship of an LLC is the citizenship of each member—traced through as many levels as necessary until reaching a natural person or a corporation." *City of East St. Louis, Illinois v. Netflix, Inc.*, 83 F.4th 1066, 1070 (7th Cir. 2023). The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. The sole member of Wal-Mart Stores East, LLC is Walmart, Inc.

17. Walmart, Inc. is a citizen of Delaware and Arkansas. (*See* paragraph 12, *supra*.)

18. Accordingly, Wal-Mart Stores East I, Limited Partnership is a citizen of Delaware and Arkansas.

19. Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of Delaware with its principal place of business located at 1 Customer Drive, Bentonville, Arkansas 72716.

20. The citizenship of a statutory trust is the citizenship of its members. *4900 Morse Land Tr. v. Occidental Petroleum Corp.*, No. 2:23-CV-40-PPS-JPK, 2023 WL 1990076, at *4 (N.D. Ind. Feb. 14, 2023) (collecting cases). The sole member of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

21. Wal-Mart Property Co. is a citizen of Delaware and Arkansas because it is incorporated under the laws of Delaware and its principal place of business is located at 1 Customer Drive, Bentonville, Arkansas 72716.

22. Accordingly, Wal-Mart Real Estate Business Trust is a citizen of Delaware and Arkansas.

### Consent to Removal

23. All Defendants who have been properly joined and served have consented to the removal of the State Court Action to this Court through their undersigned counsel. *See* 28 U.S.C. § 1446(b)(2)(A).

4

**Venue**

24.     Venue is proper in this Court pursuant to 28 U.S.C. § 1146(a) because this Court is the district and division within which the State Court Action is pending.

**Service of Notice**

25.     A copy of this Notice is being served on all adverse parties and filed with the Clerk of the Racine County Circuit Court pursuant to 28 U.S.C. § 1446(d).

**Preservation of Defenses**

26.     By filing this Notice, Walmart does not waive, and hereby reserves, all rights to assert any applicable objection or affirmative defense to Plaintiff's Complaint.

WHEREFORE, Walmart respectfully requests that this action be removed from the Circuit Court of Racine County, Wisconsin to the United States District Court for the Eastern District of Wisconsin.

Dated this 7th day of August, 2026.

**GASS TUREK LLC**
*Attorneys for Defendant Walmart, Inc., Walmart Claims Services, Inc., Wal-Mart Stores East I, Limited Partnership (Regd Name) Wal-Mart Stores East, LP (Part Name), and Wal-Mart Real Estate Business Trust*

*s/ Joshua S. Greenberg*
Tamar B. Kelber, SBN 1101802
kelber@gassturek.com
Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, Wisconsin 53202
Tel: 414-223-3300
Fax: 414-224-6116

5