FILED
07-06-2026
Clerk of Circuit Court
Racine County
2026CV000954
Honorable Eugene A. Gasiorkiewicz
Branch 2

**STATE OF WISCONSIN CIRCUIT COURT RACINE**

Heather Sura et al vs. Walmart, Inc. et al

**Electronic Filing Notice**

Case No. 2026CV000954
Class Code: Other-Personal Injury

**EXHIBIT A**

NETWORK HEALTH PLAN
1570 MIDWAY PLACE
MENASHA WI 54952

UNREDACTED

Case number 2026CV000954 was electronically filed with/converted by the Racine County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 59f5a6**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-636-3333.

Racine County Circuit Court
Date: July 6, 2026

FILED
07-06-2026
Clerk of Circuit Court
Racine County
2026CV000954
Honorable Eugene A. Gasiorkiewicz
Branch 2

**STATE OF WISCONSIN CIRCUIT COURT RACINE**

Heather Sura et al vs. Walmart, Inc. et al

**Electronic Filing Notice**

Case No. 2026CV000954
Class Code: Other-Personal Injury

WALMART, INC.
1 CUSTOMER DRIVE
BENTONVILLE AR 72716

Case number 2026CV000954 was electronically filed with/converted by the Racine County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 59f5a6**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-636-3333.

Racine County Circuit Court
Date: July 6, 2026

UNREDACTED

FILED
07-06-2026
Clerk of Circuit Court
Racine County
2026CV000954
Honorable Eugene A. Gasiorkiewicz
Branch 2

**STATE OF WISCONSIN** **CIRCUIT COURT** **RACINE**

Heather Sura et al vs. Walmart, Inc. et al

**Electronic Filing Notice**

Case No. 2026CV000954
Class Code: Other-Personal Injury

WALMART CLAIMS SERVICES, INC.
1 CUSTOMER DRIVE
BENTONVILLE AR 72716

Case number 2026CV000954 was electronically filed with/converted by the Racine County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 59f5a6**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-636-3333.

Racine County Circuit Court
Date: July 6, 2026

UNREDACTED

FILED
07-06-2026
Clerk of Circuit Court
Racine County
2026CV000954
Honorable Eugene A. Gasiorkiewicz
Branch 2

**STATE OF WISCONSIN CIRCUIT COURT RACINE**

Heather Sura et al vs. Walmart, Inc. et al

**Electronic Filing Notice**

Case No. 2026CV000954
Class Code: Other-Personal Injury

WAL-MART STORES EAST I, LIMITED PARTNERSHIP
1 CUSTOMER DRIVE
BENTONVILLE AR 72716

UNREDACTED

Case number 2026CV000954 was electronically filed with/converted by the Racine County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 59f5a6**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-636-3333.

Racine County Circuit Court
Date: July 6, 2026


**This form shall not be modified. It may be supplemented with additional material.**

FILED
07-06-2026
Clerk of Circuit Court
Racine County
2026CV000954
Honorable Eugene A. Gasiorkiewicz
Branch 2

**STATE OF WISCONSIN CIRCUIT COURT RACINE**

Heather Sura et al vs. Walmart, Inc. et al

**Electronic Filing Notice**

Case No. 2026CV000954
Class Code: Other-Personal Injury

WAL-MART REAL ESTATE BUSINESS TRUST
1 CUSTOMER DRIVE
BENTONVILLE AR 72716

Case number 2026CV000954 was electronically filed with/converted by the Racine County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 59f5a6**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-636-3333.

Racine County Circuit Court
Date: July 6, 2026

UNREDACTED

FILED
07-06-2026
Clerk of Circuit Court
Racine County
2026CV000954
Honorable Eugene A. Gasiorkiewicz
Branch 2

STATE OF WISCONSIN CIRCUIT COURT RACINE COUNTY

**HEATHER SURA**
5143 Biscayne Avenue
Apt. No.: 213
Racine, WI 53406,

Plaintiff,

and

Case No.

Case Code: 30107

**NETWORK HEALTH PLAN**
Statutory Home Office Address:
1570 Midway Place
Menasha, WI 54952
c/o Registered Agent for Service of Process:
John Becker
1570 Midway Place
Menasha, WI 54952,

Involuntary Plaintiff,

vs.

**WALMART, INC.**
Principal Office Address:
1 Customer Drive
Bentonville, AR 72716
c/o Registered Agent for Service of Process:
CT Corporation System
301 S. Bedford Street, Suite 1
Madison, WI 53703,

and

**WALMART CLAIMS SERVICES, INC.**
Principal Office Address:
1 Customer Drive
Bentonville, AR 72716
c/o Registered Agent for Service of Process:
CT Corporation System
301 S. Bedford Street, Suite 1
Madison, WI 53703,

and

**WAL-MART STORES EAST I, LIMITED PARTNERSHP**
**(REGD NAME) WAL-MART STORES EAST, LP (PART NAME)**
Principal Office Address:
1 Customer Drive
Bentonville, AR 72716
c/o Registered Agent for Service of Process:
CT Corporation System
301 S. Bedford Street, Suite 1
Madison, WI 53703,

and

**WAL-MART REAL ESTATE BUSINESS TRUST**
Principal Office Address:
1 Customer Drive
Bentonville, AR 72716
c/o Registered Agent for Service of Process:
CT Corporation System
301 S. Bedford Street, Suite 1
Madison, WI 53703,

Defendants.

---

**SUMMONS**

---

**THE STATE OF WISCONSIN:**

To each person named above as a defendant:

**YOU ARE HEREBY NOTIFIED** that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within forty-five (45) days of receiving this Summons, you must respond with a written answer, as that term is used in Chapter §802 of the Wisconsin Statutes, to the Complaint. The

Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the Court, whose address is 730 Wisconsin Avenue, Racine, Wisconsin 53403, and to **Schoone, Leuck, Kelley, Pitts & Pitts, S.C.**, Plaintiff's attorneys, whose address is 6800 Washington Avenue, Post Office Box 085600, Racine, Wisconsin 53408-5600. You may have an attorney help or represent you.

If you do not provide a proper answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you may own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 6th day of July, 2026.

**Schoone, Leuck, Kelley, Pitts**
**& Pitts, S.C.**
Attorneys for the Plaintiff, Heather Sura

By: Electronically signed by Mark J. Leuck
Mark J. Leuck
State Bar No.: 1018359

Schoone, Leuck, Kelley, Pitts
& Pitts, S.C.
P.O. Box 085600
6800 Washington Avenue
Racine, WI 53408-5600
Phone: (262)886-8240
Fax No.: (262)886-5562
E-mail: mjleuck@sbcglobal.net

FILED
07-06-2026
Clerk of Circuit Court
Racine County
2026CV000954
Honorable Eugene A. Gasiorkiewicz
Branch 2

STATE OF WISCONSIN CIRCUIT COURT RACINE COUNTY

Heather Sura,

Plaintiff,

and

Network Health Plan,

Involuntary Plaintiff,

vs.

Walmart, Inc.,
Walmart Claims Services, Inc.,
Wal-Mart Stores East I, Limited Partnership
(Regd Name) Wal-Mart Stores East, LP
(Part Name),
and
Wal-Mart Real Estate Business Trust,

Defendants.

Case No.:

Case Code: 30107

## COMPLAINT

**NOW COMES** the Plaintiff, by and through her attorneys, Schoone, Leuck, Kelley, Pitts & Pitts, S.C., and as and for claims against the Defendants, shows to the Court as follows:

**I. Identification of Parties and Statement of Facts**

1. The Plaintiff, Heather Sura (hereinafter referred to as "Sura"), is a single adult who resides at 5143 Biscayne Avenue, Apt. No.: 213, Racine, WI 53406.

2. The Involuntary Plaintiff, Network Health Plan (hereinafter referred to as "Network"), is domestic insurance corporation with its statutory home address as

1570 Midway Place, Menasha, WI 54952 and its registered agent for process of service being John Becker, 1570 Midway Place, Menasha, WI 54952.

3. The Defendant, Walmart, Inc. (hereinafter referred to as "Walmart"), is a foreign corporation licensed to do business in the State of Wisconsin with its principal offices located at 1 Customer Drive, Bentonville, AR 72716 and its registered agent for service of process being CT Corporation System, 301 S. Bedford Street, Suite 1, Madison, WI 53703.

4. The Defendant, Walmart Claims Services, Inc. (hereinafter referred to as "Walmart Claims"), is a foreign corporation licensed to do business in the State of Wisconsin with its principal offices located at 1 Customer Drive, Bentonville, AR 72716 and its registered agent for service of process being CT Corporation System, 301 S. Bedford Street, Suite 1, Madison, WI 553703.

5. The Defendant, Wal-Mart Stores East I, Limited Partnership (Regd Name) Wal-Mart Stores East, LP (Part Name) (hereinafter referred to as "Wal-Mart Stores East I") is a foreign corporation licensed to do business in the State of Wisconsin with its principal offices located at 1 Customer Drive, Bentonville, AR 72716 and its registered agent for service of process being CT Corporation System, 301 S. Bedford Street, Suite 1, Madison, WI 53703.

6. The Defendant, Wal-Mart Real Estate Business Trust (hereinafter referred to as "Wal-Mart Real Estate"), is a foreign corporation licensed to do business in the State of Wisconsin with its principal offices located at 1 Customer Drive,

Bentonville, AR 72716 and its registered agent for service of process being CT Corporation System, 301 S. Bedford Street, Suite 1, Madison, WI 53703.

7. That on September 22, 2023 and at times relevant thereafter, Network provided group medical insurance coverage to and on behalf of Heather Sura and Network has made payment of some of the medical and treatment expense incurred by Heather Sura as a result of injuries she suffered in the fall which is the subject of this litigation and Network may claim a right of reimbursement and/or subrogation and is therefore a necessary party to this litigation.

8. That if Network fails to enter a timely and proper appearance in this action within forty-five (45) days of receipt of service of the Summons and Complaint, then the Court should enter judgment finding that Network has waived the right to participate in this litigation and has waived any potential claim for reimbursement and/or subrogation.

9. That on September 22, 2023, and at all times relevant hereto, Walmart and/or Walmart Claims and/or Wal-Mart Stores East I and/or Wal-Mart Real Estate owned and operated a retail store known as Walmart Neighborhood Market located at 5625 Washington Avenue, Mount Pleasant, Wisconsin.

10. On September 22, 2023 Sura was a customer at the Walmart Neighborhood Market at 5625 Washington Avenue when she slipped and fell on a clear liquid in the rear most aisle of the Walmart Neighborhood Market.

11. That as a result of the slip and fall on liquid at the Walmart Neighborhood Market

Sura suffered bodily injuries which have caused her past pain, suffering, disability, and mental and emotional distress.

12. That on information and belief, injuries and disability suffered by Sura in the slip and fall at the Walmart Neighborhood Market are permanent in nature and Sura is therefore expected to experience future pain, suffering, disability, and mental and emotional distress.

13. That as a result of the injuries and disability suffered in the slip and fall at the Walmart Neighborhood Market Sura has required past medical care and treatment for which she has incurred past medical treatment costs.

14. That by reason of the permanent nature of her injuries and disability Sura is expected to require future medical care and treatment for which she will incur future medical and treatment expense.

15. That as a result of the injuries and disability suffered in the slip and fall at the Walmart Neighborhood Market, Sura has suffered a past loss of income and earning capacity and will suffer a future loss of income and earning capacity.

**WHEREFORE**, Sura requests judgment as hereafter set forth.

## II. Claims for Violation of Safe Place Statute

16. The Plaintiff realleges as if set forth and full herein Paragraphs 1 through 15 above.

17. That on September 22, 2023 and at all times relevant hereto, the Walmart Neighborhood Market in Mount Pleasant, Wisconsin was subject to the provisions

of the Wisconsin Safe Place Statute (Section 101.11, Wisconsin Statues).

18. That at and before the time of Sura's slip and fall on liquid at the Walmart Neighborhood Market on September 22, 2023 Walmart and/or Walmart Claims and/or Wal-Mart Stores East I and/or Wal-Mart Real Estate failed to comply with their duties and obligations under the Wisconsin Safe Place Statute (Section 101.11, Wisconsin Statutes).

19. That the failure of Walmart and/or Walmart Claims and/or Wal-Mart Stores East I and/or Wal-Mart Real Estate and their agents and employees to comply with their duties and obligations under the Safe Place Statute proximately caused Sura's slip and fall of September 22, 2023 and all of the injuries, damages, and claims of Sura resulting from the slip and fall as set forth above.

20. That Walmart and/or Walmart Claims and/or Wal-Mart Stores East I and/or Wal-Mart Real Estate are therefore legally liable to Sura for all of her injuries, damages, and claims as set forth herein.

**WHEREFORE**, Plaintiff requests judgment as hereafter set forth.

## III. <u>Claims for Negligence</u>

21. The Plaintiff realleges as if set forth and full herein Paragraphs 1 through 20 above.

22. That at, and before the time Sura fell on September 22, 2023, Walmart and/or Walmart Claims and/or Wal-Mart Stores East I and/or Wal-Mart Real Estate and their agents and employees at the Walmart Neighborhood Market located at 5625

Washington Avenue, Mount Pleasant, WI were negligent.

23. That at, and before the time Sura fell at the Walmart Neighborhood Market on September 22, 2023, Walmart and/or Walmart Claims and/or Wal-Mart Stores East I and/or Wal-Mart Real Estate and their agents and employees at the Walmart Neighborhood Market located at 5625 Washington Avenue, Mount Pleasant, WI were negligent; said negligence including, but not being limited to, the following:

A. Causing a clear liquid to be upon the floor of an aisle in the store;

B. Failure to timely and properly inspect the area of the store where Ms. Sura fell;

C. Failure to eliminate the clear liquid from the floor of the store before Ms. Sura fell on the clear liquid;

D. Causing and/or permitting a dangerous and defective condition of the store premises; and

E. Failure to warn Ms. Sura of the clear liquid on the floor through the use of warning cones or warning signs.

24. That the negligence of Walmart and/or Walmart Claims and/or Wal-Mart Stores East I and/or Wal-Mart Real Estate and their agents and employees at the Walmart Neighborhood Market proximally caused Sura to slip and fall on September 22, 2023 and proximally caused all of Sura's injuries, damages, and claims as set forth herein.

**WHEREFORE**, the Plaintiff, Heather Sura, requests judgment against Walmart, Inc., Walmart Claims Services, Inc., Wal-Mart Stores East I, Limited Partnership (Regd Name) Wal-Mart Stores East, LP (Part Name), and Wal-Mart Real Estate Business Trust jointly and severally, as follows:

1. For fair compensation for her injuries, damages, and claims in each of the following categories:

    a. Past pain, suffering, disability, and mental and emotional distress;

    b. Future pain, suffering, disability, and mental and emotional distress;

    c. Past medical and treatment expense;

    d. Future medical and treatment expense;

    e. Past loss of income and earning capacity; and

    f. Future of income and earning capacity;

2. In the event that Network Health Plan enters a timely and proper appearance in this action within forty-five (45) days after service of the Summons and Complaint, then for payment of any valid and enforceable claim for subrogation and/or reimbursement;

3. In the alternative, if Network Health Plan fails to enter a timely and proper appearance in this action within forty-five (45) days of receipt of service of the Summons and Complaint, then for judgment finding that Network Health Plan has waived the right to participate in this litigation and has waived any potential claims for subrogation and/or reimbursement;

4. For the taxable costs, disbursements, and attorneys' fees incurred in this litigation; and

5. For such other and further relief as is just and equitable.

Dated this 6th day of July, 2026.

**Schoone, Leuck, Kelley, Pitts**
**& Pitts, S.C.**
Attorneys for the Plaintiff, Heather Sura

Electronically signed by Mark J. Leuck
Mark J. Leuck
State Bar No.: 1018359

Schoone, Leuck, Kelley, Pitts
& Pitts, S.C.
6800 Washington Avenue
P.O. Box 085600
Racine, WI 53408-5600
Phone: (262)886-8240
Fax No.: (262)886-5562
E-mail: mjleuck@sbcglobal.net

FILED
07-17-2026
Clerk of Circuit Court
Racine County
2026CV000954

# AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )
) ss.
COUNTY OF DANE )

RACINE COUNTY
CASE NO. **2026CV000954**

Kathleen Witt, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and say that on 10 JULY 2026 at 2:35 PM in the CITY of MADISON of DANE County at 301 S. BEDFORD STREET, SUITE 1, 53703 said CT CORPORATION SYSTEM, BARB DEJONGH, REGISTERED AGENT for SERVICE of PROCESS, was personally served for **WALMART, INC.** (Defendant) with an authenticated copy of the SUMMONS and COMPLAINT, ELECTRONIC FILLING NOTICE to **WALMART, INC.**, and PLAINTIFF'S FIRST SET of WRITTEN INTERROGATORIES, herein by then and there leaving a copy thereof with said name individual after reasonable inquiry. Such Copies were endorsed with my name, the date and time of service.

☒ **To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.**

Fees: $30.00 paper service fee.

Kathleen Witt, Process Server

Subscribed and sworn to before me this

11th day of JULY, 2026

Notary Public, JEFFERSON County Wisconsin
My Commission expires: 05.14.2030

Kathleen Witt, Process Server A Sole Proprietor
PO Box 287 Cottage Grove, WI 53527
608-575-1944 Office
kathleenpswi@yahoo.com

BRIANNA TEJEDA
NOTARY PUBLIC
STATE OF WISCONSIN

FILED
07-17-2026
Clerk of Circuit Court
Racine County
2026CV000954

# AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )
) ss.
COUNTY OF DANE )

RACINE COUNTY
CASE NO. **2026CV000954**

Kathleen Witt, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and say that on 10 JULY 2026 at 2:35 PM in the CITY of MADISON of DANE County at 301 S. BEDFORD STREET, SUITE 1, 53703 said CT CORPORATION SYSTEM, BARB DEJONGH, REGISTERED AGENT for SERVICE of PROCESS, was personally served for **WAL-MART REAL ESTATE BUSINESS TRUST** (Defendant) with an authenticated copy of the SUMMONS and COMPLAINT, ELECTRONIC FILLING NOTICE to **WAL-MART REAL ESTATE BUSINESS TRUST,** and PLAINTIFF'S FIRST SET of WRITTEN INTERROGATORIES, herein by then and there leaving a copy thereof with said name individual after reasonable inquiry. Such Copies were endorsed with my name, the date and time of service.

☒ **To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.**

Fees: $20.00 paper service fee.

[signature]
Kathleen Witt, Process Server

Subscribed and sworn to before me this
11th day of JULY, 2026
[signature]
Notary Public, JEFFERSON County Wisconsin
My Commission expires: 05.14.2030

[Seal: STATE OF WISCONSIN NOTARY PUBLIC BRIANNA TEJEDA]

Kathleen Witt, Process Server A Sole Proprietor
PO Box 287 Cottage Grove, WI 53527
608-575-1944 Office
kathleenpswi@yahoo.com

FILED
07-17-2026
Clerk of Circuit Court
Racine County
2026CV000954

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )
) ss.
COUNTY OF DANE )

RACINE COUNTY
CASE NO. **2026CV000954**

Kathleen Witt, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and say that on 10 JULY 2026 at 2:35 PM in the CITY of MADISON of DANE County at 301 S. BEDFORD STREET, SUITE 1, 53703 said CT CORPORATION SYSTEM, BARB DEJONGH, REGISTERED AGENT for SERVICE of PROCESS, was personally served for **WAL-MART STORES EAST I, LIMITED PARTNERSHIP (REGD NAME) WAL-MART STORES EAST, LP (PART NAME)** (Defendant) with an authenticated copy of the SUMMONS and COMPLAINT, ELECTRONIC FILLING NOTICE to **WAL-MART STORES EAST I, LIMITED PARTNERSHIP (REGD NAME) WAL-MART STORES EAST, LP (PART NAME),** and PLAINTIFF'S FIRST SET of WRITTEN INTERROGATORIES, herein by then and there leaving a copy thereof with said name individual after reasonable inquiry. Such Copies were endorsed with my name, the date and time of service.

☒ **To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.**

Fees: $20.00 paper service fee.

[signature]
Kathleen Witt, Process Server

Subscribed and sworn to before me this
11th day of JULY, 2026

[signature]
Notary Public, JEFFERSON County Wisconsin
My Commission expires: 05.14.2030

BRIANNA T. AJEDA
NOTARY PUBLIC
STATE OF WISCONSIN

Kathleen Witt, Process Server A Sole Proprietor
PO Box 287 Cottage Grove, WI 53527
608-575-1944 Office
kathleenpswi@yahoo.com

FILED
07-17-2026
Clerk of Circuit Court
Racine County
2026CV000954

# AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )
) ss.
COUNTY OF DANE )

RACINE COUNTY
CASE NO. **2026CV000954**

Kathleen Witt, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and say that on 10 JULY 2026 at 2:35 PM in the CITY of MADISON of DANE County at 301 S. BEDFORD STREET, SUITE 1, 53703 said CT CORPORATION SYSTEM, BARB DEJONGH, REGISTERED AGENT for SERVICE of PROCESS, was personally served for **WALMART CLAIMS SERVICES, INC.** (Defendant) with an authenticated copy of the SUMMONS and COMPLAINT, ELECTRONIC FILLING NOTICE to **WALMART CLAIMS SERVICES, INC.,** and PLAINTIFF'S FIRST SET of WRITTEN INTERROGATORIES, herein by then and there leaving a copy thereof with said name individual after reasonable inquiry. Such Copies were endorsed with my name, the date and time of service.

☐ **To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.**

Fees: $20.00 paper service fee.

Kathleen Witt, Process Server

Subscribed and sworn to before me this

11th day of JULY, 2026

Notary Public, JEFFERSON County Wisconsin
My Commission expires: 05.14.2030

Kathleen Witt, Process Server A Sole Proprietor
PO Box 287 Cottage Grove, WI 53527
608-575-1944 Office
kathleenpswi@yahoo.com

BRIANNA TEJEDA
NOTARY PUBLIC
STATE OF WISCONSIN

FILED
07-21-2026
Clerk of Circuit Court
Racine County
2026CV000954

Sheriff
John F. Matz

NETWORK HEATH PLAN
Plaintiff

VS

WALMART, INC.
Defendant

CERTIFICATE OF SERVICE
26CV954

---

STATE OF WISCONSIN)
)
WINNEBAGO COUNTY)

I certify that in Menasha (City, Town, Village) in said county on July 15 2026 (Date Served), at 11:40 AM/PM (Time Served)

At 1570 Midway Rd (Address)

I served the within documents SUMMONS AND COMPLAINT, ELECTRONIC FILING NOTICE.

I duly served; (PLEASE CHECK ONE & INDICATE NAME SERVED)

- ( ) Defendant
- ( ) Witness
- (X) Managing Agent John Becker
- ( ) Competent member of the same household over the age of 14
- ( ) Other

I further certify that at the time of said service I endorsed the date of service, my name and official title on copy so served.

John F. Matz, Sheriff
Winnebago County, Wisconsin

By [signature] Deputy Sheriff

**Fees:**

| | |
|---|---|
| Service: | 75.00 |
| Total: | 75.00 |

FILED
08-01-2026
Clerk of Circuit Court
Racine County
2026CV000954

**STATE OF WISCONSIN** **CIRCUIT COURT** **RACINE COUNTY**

Heather Sura et al vs. Walmart, Inc. et al

# Notice of Assignment of Judge

Case No. 2026CV000954

The following judge has been assigned to this case:

Kristin M. Cafferty
Courthouse - 4th Floor Courtroom
730 Wisconsin Ave
Racine WI 53403

Please note:

- **All original court pleadings must be filed with the Clerk of Circuit Court for Racine County.**
- If assignment is an out-of-county judge, access to the records should be provided to the assigned judge.
- All scheduling should be done by the assigned judge.
- Other: ____________________________________________________________

Racine County Circuit Court
Date: August 1, 2026

| DISTRIBUTION: | Address | Service Type |
|---|---|---|
| Court | | |
| Mark Joseph Leuck | | Electronic |
| Network Health Plan | 1570 Midway Place, Menasha, WI 54952 | Mail |
| Wal-Mart Real Estate Business Trust | 1 Customer Drive, Bentonville, AR 72716 | Mail |
| Wal-Mart Stores East I, Limited Partnership | 1 Customer Drive, Bentonville, AR 72716 | Mail |
| Walmart Claims Services, Inc. | 1 Customer Drive, Bentonville, AR 72716 | Mail |
| Walmart, Inc. | 1 Customer Drive, Bentonville, AR 72716 | Mail |

**STATE OF WISCONSIN CIRCUIT COURT RACINE COUNTY**

Heather Sura et al vs. Walmart, Inc. et al

**Electronic Notice Status Change**

Case No: 2026CV000954

NETWORK HEALTH PLAN
1570 MIDWAY PLACE
MENASHA WI 54952

For 2026CV000954, the electronic notice preference for Joshua S Greenberg, Wisconsin attorney for Walmart, Inc., Walmart Claims Services, Inc., Wal-Mart Stores East I, Limited Partnership, and Wal-Mart Real Estate Business Trust, has changed.

Joshua S Greenberg has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 262-636-3333.

Racine County Circuit Court
Date: August 5, 2026

GF-208(CCAP), 06/2022 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

FILED
08-05-2026
Clerk of Circuit Court
Racine County
2026CV000954

STATE OF WISCONSIN CIRCUIT COURT RACINE COUNTY

HEATHER SURA,

Plaintiff,

and

Case No.: 26-CV-954
Case Code: 30107

NETWORK HEALTH PLAN,

Involuntary Plaintiff,

v.

WALMART, INC.,
WALMART CLAIM SERVICES, INC.,
WAL-MART STORES EAST I, LIMITED PARTNERSHIP
(REGD NAME) WAL-MART STORES EAST, LP (PART NAME), and
WAL-MART REAL ESTATE BUSINESS TRUST,

Defendants.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Joshua S. Greenberg of Gass Turek LLC appears as counsel for Defendants Walmart, Inc., Walmart Claim Services, Inc., Wal-Mart Stores East I, Limited Partnership (Regd Name) Wal-Mart Stores East, LP (Part Name), and Wal-Mart Real Estate Business Trust, in this action. A copy of all papers in this action should be served upon the undersigned at the address stated below.

Dated this 5th day of August, 2026.

**GASS TUREK LLC**
*Attorneys for Defendants Walmart, Inc., Walmart Claim Services, Inc., Wal-Mart Stores East I, Limited Partnership (Regd Name) Wal-Mart Stores East, LP (Part Name), and Wal-Mart Real Estate Business Trust*

*Electronically signed by Joshua S. Greenberg*
Joshua S. Greenberg SBN 1107959
greenberg@gassturek.com

241 North Broadway, Ste 300,
Milwaukee, WI 53202
Phone: 414-223-3300
Fax: 414-224-6116